# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

ERNESTO P. FERNANDEZ DIAZ,

    Plaintiff,                                      Case No. 1:21-cv-21410-FAM

v.

VITAL RECOVERY SERVICES, LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that ERNESTO P. FERNANDEZ DIAZ ("Plaintiff") and VITAL RECOVERY SERVICES, LLC ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: July 16, 2021                                  Respectfully submitted,

                                                               */s/ Alejandro E. Figueora*
                                                               Alejandro E. Figueroa, Esq.
                                                               Florida Bar No. 1021163
                                                               Sulaiman Law Group, Ltd.
                                                               2500 S. Highland Ave, Suite 200
                                                               Lombard, IL 60148
                                                               Telephone: (630) 575-8181
                                                               Facsimile: (630) 575-8188
                                                               alejandrof@sulaimanlaw.com
                                                               Counsel for Plaintiff