UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-21410-CIV-MORENO

ERNESTO P. FERNANDEZ DIAZ,

    Plaintiff,

vs.

VITAL RECOVERY SERVICES, LLC,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL AND ORDER
DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Stipulation of Dismissal (**D.E. 19**), filed on **September 3, 2021**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court reserves jurisdiction for six months to enforce the terms of the settlement. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th of September 2021.

*Federico A. Moreno*
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record